SCPW-18-0000570

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JD, Petitioner,

vs.

THE HONORABLE LLOYD POELMAN, Judge of the Family Court of the
Second Circuit, State of Hawaiʻi, Respondent Judge,

and

DD, Respondent.

---

ORIGINAL PROCEEDING
(FC-P NO. 18-1-0070)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND/OR PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner JD's petition for writ of mandamus and/or prohibition, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the information presented to this court, petitioner is not entitled to the requested extraordinary relief. See HRS § 584-8(e); Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; it is meant to restrain a judge of an inferior court from

acting beyond or in excess of his or her jurisdiction); <u>Honolulu Adv., Inc. v. Takao</u>, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition is an extraordinary remedy that is meant to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction).  Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

DATED:  Honolulu, Hawaiʻi, May 7, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2